WILLIAM E. GREENLEAF, ADMINISTRATOR OF ELVINA GREENLEAF, APPELLANT, v. PUBLIC SERVICE CORPORATION OF NEW JERSEY, RESPONDENTS.

Submitted June 29, 1914—Decided November 16, 1914.

On appeal from the Supreme Court.

For the appellant, *De Graw & Murray* and *W. E. Tipple* (of the New York bar).

For the appellee, *Edwards & Smith*.

PER CURIAM.

This, and the case of Sarah Miller and Albert Miller, against the same defendant, reported in 86 *N. J. L.* 631, were tried below, and argued in this court together, and as both cases rest upon the same facts, the result in one controls the other, and the judgment in this case will be affirmed, for the reasons given for affirmance in the other case, decided at this term.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, BOGERT, VREDENBURGH, WILLIAMS, JJ. 10.

*For reversal*—GARRISON, KALISCH, BLACK, HEPPENHEIMER, JJ. 4.